In re LOCUST BLDG. CO., Inc. AMERICAN TRUST CO. Petitioner. (Circuit Court of Appeals, Second Circuit. November 7, 1921.) No. 52. Petition to Revise Order of the District Court of the United States for the Eastern District of New York. In the matter of the Locust Building Company, Incorporated, bankrupt. On petition by the American Trust Company to revise order (272 Fed. 988) denying motion to vacate stay of proceedings for foreclosure of a third mortgage. Order affirmed. George B. Davenport, of Brooklyn, N. Y., for petitioner. Samuel Silbiger, of Brooklyn, N. Y. for trustee. Before ROGERS, MAYER, and MACK, Circuit Judges.

PER CURIAM. Order affirmed.

---

MURRAY et al. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. October 18, 1921.) No. 156. Appeal from the District Court of the United States for the Eastern District of New York. Prosecution by the United States against John Murray (alias Michigan Shorty), John O'Brien (alias Hostile Johnny), and another. From an order dismissing a writ of habeas corpus, defendants appeal. Order affirmed, and appeal dismissed as to last-named defendant. See, also, 271 Fed. 534; 273 Fed. 522. Robert M. Moore, of Malone, N. Y., for appellants. Leroy Ross, of Brooklyn, N. Y., for the United States. Before ROGERS, HOUGH, and MAYER, Circuit Judges.

PER CURIAM. Order affirmed in open court, but as to defendant O'Brien appeal dismissed.